# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KURUVILLA, SAJI K. | § | Case No. 10-22515 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 South Dearborn
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 02/14/2014 in Courtroom ,
    Joliet City Hall
    150 West Jefferson, 2nd Floor
    Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/16/2014        By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
KURUVILLA, SAJI K. § Case No. 10-22515
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 350,000.00 |
| and approved disbursements of | $ | 144,328.26 |
| leaving a balance on hand of[1] | $ | 205,671.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 19,259.75 | $ 0.00 | $ 19,259.75 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 47.54 | $ 0.00 | $ 47.54 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 19,307.29 |
| Remaining Balance | $ 186,364.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,225.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | PNC Bank | $ 1,530.24 | $ 0.00 | $ 1,530.24 |
| 000002A | Portfolio Recovery Associates, LLC | $ 15,220.55 | $ 0.00 | $ 15,220.55 |
| 000003A | Portfolio Recovery Associates, LLC | $ 14,900.46 | $ 0.00 | $ 14,900.46 |
| 000004A | Portfolio Recovery Associates, LLC | $ 9,471.02 | $ 0.00 | $ 9,471.02 |
| 000006A | TCF National Bank | $ 30,716.84 | $ 0.00 | $ 30,716.84 |
| 000007A | Wells Fargo Bank,N.A. | $ 22,522.89 | $ 0.00 | $ 22,522.89 |
| 000008A | eCAST Settlement Corporation | $ 32,612.18 | $ 0.00 | $ 32,612.18 |
| 000009A | Citibank, N.A. | $ 29,596.60 | $ 0.00 | $ 29,596.60 |
| 000010A | Fia Card Services, NA As Successor In Interest to | $ 10,735.93 | $ 0.00 | $ 10,735.93 |
| 000011A | American Express Bank FSB | $ 1,918.40 | $ 0.00 | $ 1,918.40 |

Total to be paid to timely general unsecured creditors  $ 169,225.11

Remaining Balance  $ 17,139.34

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2,334.37 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 14,804.97 .

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 10-22515-BWB
Saji K. Kuruvilla   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: adragonet   Page 1 of 2   Date Rcvd: Jan 17, 2014
                      Form ID: pdf006   Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2014.
```
db         +Saji K. Kuruvilla,    16525 W 159th Street,    Suite 164,    Lockport, IL 60441-7900
15588916   +American Eagle Bank,   556 Randall Road,    South Elgin, IL 60177-3315
17067837    American Express Bank FSB,   c/o Becket and Lee LLP,    POB 3001,   Malvern, Pa 19355-0701
15588918   +Arthur W. Rummler,    799 Roosevelt Road,    Building 2, Suite 104,   Glen Ellyn, IL 60137-5919
15588919  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
           (address filed with court: Bank of America,    4161 Piedmont Pkwy.,   Greensboro, NC 27410-8110)
15588920   #+Bank of America,    PO Box 15184,   Wilmington, DE 19850-5184
15588921   +Bank of America,    PO Box 25118,   Tampa, FL 33622-5118
16038869  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
           (address filed with court: Citibank South Dakota NA,    Payment Center,   4740 121st St,
            Urbandale, IA 50323)
15588922    Citi Business Card,    PO Box 856176,   Jacksonville, FL 32231
17620986   +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
15588924   +David T. Cohen,   10729 W. 159th Street,   Orland Park, IL 60467-4531
15588925   +ER Solutions, Inc,    PO Box 9004,   Renton, WA 98057-9004
15640990   +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
            1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
15588926   #+Jennifer Carten,   17453 Teton Circle,   Lockport, IL 60441-5878
15588928   +National City,   PO Box 856176,   Louisville, KY 40285-6176
15636878   +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
17061501  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
            Norfolk, VA 23541)
15588930   +Smart Quest, Inc.,   16525 W. 159th Street, Ste. 16,   Lockport, IL 60441-7900
15588931   +TCF Bank,   PO Box 1501,   Minneapolis, MN 55480-1501
15664907   +TCF National Bank,   c/o David T. Cohen & Associates, Ltd.,   10729 West 159th Street,
            Orland Park, IL 60467-4531
15588932   +Wells Fargo,   PO Box 348750,   Sacramento, CA 95834-8750
15720673   +Wells Fargo Bank,N.A.,   BDD Bankruptcy Dept,,   MAC S4101-08C,   100 W. Washington Street,
            Phoenix, AZ 85003-1805
15956035    eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15588929   +E-mail/Text: BKRMailOps@weltman.com Jan 18 2014 00:46:51   PNC,   c/o Weltman Weinberg Reis,
            PO Box 93596,   Cleveland, OH 44101-5596
                                                                                            TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17061503*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
            Norfolk, VA 23541)
17061504*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
            Norfolk, VA 23541)
15588927*  +Saji K. Kuruvilla,   16525 W. 159th Street,   Suite 164,   Lockport, IL 60441-7900
15588917  ##+AMG Homes,   534 Blue Stern Drive,   Yorkville, IL 60560-9079
15588923   ##Creditors Interchange,   PO Box 1335,   Buffalo, NY 14240-1335
                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2014                         Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Jan 17, 2014
                               Form ID: pdf006              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
          Arthur W Rummler    on behalf of Debtor Saji K. Kuruvilla arthur.rummler@gmail.com,
           artrummler@juno.com
          Gerald  Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```