UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
KURUVILLA, SAJI K. § Case No. 10-22515
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on              , and it was converted to chapter 7 on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SAJI K. KURUVILLA |  |  |  |
| SAJI K. KURUVILLA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | AMERICAN EAGLE BANK |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| MUIR, JOHN S. | | | | | |
| MUIR, JOHN S | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 AMG Homes 534 Blue Stern Drive Yorkville IL 60560 | | | | | |
| | Creditor # :10 National City PO Box 856176 Louisville KY 40285 | | | | | |
| | Creditor # :11 National City PO Box 856176 Louisville KY 40285 | | | | | |
| | Creditor # :4 Bank of America PO Box 25118 Tampa FL 33622 | | | | | |
| | Creditor # :6 Bank of America PO Box 15184 Wilmington DE 19850 | | | | | |
| | Creditor # :9 National City PO Box 856176 Louisville KY 40285 | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: Bank of America | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: TCF Bank | | | | | |
| 000005B | AMERICAN EAGLE BANK | | | | | |
| 000011A | AMERICAN EXPRESS BANK FSB | | | | | |
| 000009A | CITIBANK, N.A. | | | | | |
| 000008A | ECAST SETTLEMENT CORPORATION | | | | | |
| 000010A | FIA CARD SERVICES, NA AS SUCCESSOR | | | | | |
| 000001A | PNC BANK | | | | | |
| 000002A | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003A | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004A | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000006A | TCF NATIONAL BANK | | | | | |
| 000007A | WELLS FARGO BANK,N.A. | | | | | |
| | AMERICAN EXPRESS BANK FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CITIBANK, N.A. |  |  |  |  |  |
|  | ECAST SETTLEMENT CORPORATION |  |  |  |  |  |
|  | FIA CARD SERVICES, NA AS SUCCESSOR |  |  |  |  |  |
|  | PNC BANK |  |  |  |  |  |
|  | PORTFOLIO RECOVERY ASSOCIATES, LLC |  |  |  |  |  |
|  | PORTFOLIO RECOVERY ASSOCIATES, LLC |  |  |  |  |  |
|  | PORTFOLIO RECOVERY ASSOCIATES, LLC |  |  |  |  |  |
|  | TCF NATIONAL BANK |  |  |  |  |  |
|  | WELLS FARGO BANK,N.A. |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-22515 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KURUVILLA, SAJI K. | Date Filed (f) or Converted (c): | 11/17/10 (c) |
| | | 341(a) Meeting Date: | 12/09/10 |
| For Period Ending: | 05/01/14 | Claims Bar Date: | 05/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash with debtor at filing | 100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America - Savings | 650.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America - checking | 23.00 | 0.00 | | 0.00 | FA |
| 4. US Bank - Checking | 500.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishing; value of | 1,250.00 | 0.00 | | 0.00 | FA |
| 6. One man's wearing apparel | 500.00 | 500.00 | | 0.00 | FA |
| 7. Term Life Insurance Policy; No cash value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Smart Quest, Inc., Debtor's former business | Unknown | 0.00 | | 0.00 | FA |
| 9. Tort Claims resulting from death of minor Medical Malpractice litigation pending in early stages. 02/23/11 | Unknown | 0.00 | | 350,000.00 | FA |
| 10. 2002 Mercedes Benz S430 | 15,000.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Dodge Caravan | 4,500.00 | 2,100.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $22,523.00 | $2,600.00 | | $350,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims review complete; wrongful death action;TFR filed 1-16-14.

Initial Projected Date of Final Report (TFR): 11/17/13     Current Projected Date of Final Report (TFR): 01/16/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-22515 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KURUVILLA, SAJI K. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0200 Checking Account |
| Taxpayer ID No: | *******8758 | | | |
| For Period Ending: | 05/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/13 | 9 | ADVOCATE HEALTH CARE | TORT CLAIM SETTLEMENT | 1149-000 | 350,000.00 | | 350,000.00 |
| 11/07/13 | 001001 | JOHN S. MUIR | Per 8/30/13 o/c | 3210-000 | | 116,666.66 | 233,333.34 |
| | | 1701 East Lake Ave., Suite 371A | Special Counsel Fees and Costs | | | | |
| | | Glenview, IL 60025 | | | | | |
| 11/07/13 | 001002 | JOHN S MUIR | PER 8/30/13 o/c | 3220-000 | | 12,661.60 | 220,671.74 |
| | | 1701 East Lake Ave | Special Counsel fees & costs | | | | |
| | | Suite 371A | | | | | |
| | | Glenview, IL 60025 | | | | | |
| 11/07/13 | 001003 | SAJI K. KURUVILLA | Debtor Exemption | 8100-000 | | 15,000.00 | 205,671.74 |
| | | 16525 W 159TH STREET | | | | | |
| | | SUITE 164 | | | | | |
| | | LOCKPORT, IL 60441 | | | | | |
| 02/20/14 | 001004 | PETER N METROU | Chapter 7 Compensation/Expense | | | 19,307.29 | 186,364.45 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL 60543 | | | | | |
| | | | Fees     19,259.75 | 2100-000 | | | |
| | | | Expenses    47.54 | 2200-000 | | | |
| 02/20/14 | 001005 | PNC Bank | Claim 000001A, Payment 101.37952% | | | 1,551.35 | 184,813.10 |
| | | P.O. Box 94982 | | | | | |
| | | Cleveland, OH 44101 | | | | | |
| | | | Claim     1,530.24 | 7100-000 | | | |
| | | | Interest    21.11 | 7990-000 | | | |
| 02/20/14 | 001006 | Portfolio Recovery Associates, LLC | Claim 000002A, Payment 101.37945% | | | 15,430.51 | 169,382.59 |
| | | PO Box 41067 | | | | | |
| | | Norfolk, VA 23541 | | | | | |
| | | | Claim    15,220.55 | 7100-000 | | | |
| | | | Interest    209.96 | 7990-000 | | | |

Page Subtotals    350,000.00    180,617.41

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-22515 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KURUVILLA, SAJI K. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0200  Checking Account |
| Taxpayer ID No: | *******8758 | | |
| For Period Ending: | 05/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/20/14 | 001007 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000003A, Payment 101.37942% | | | 15,106.00 | 154,276.59 |
| | | | Claim     14,900.46 | 7100-000 | | | |
| | | | Interest      205.54 | 7990-000 | | | |
| 02/20/14 | 001008 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000004A, Payment 101.37947% | | | 9,601.67 | 144,674.92 |
| | | | Claim      9,471.02 | 7100-000 | | | |
| | | | Interest      130.65 | 7990-000 | | | |
| 02/20/14 | 001009 | TCF National Bank<br>c/o David T. Cohen & Associates, Ltd.<br>10729 West 159th Street<br>Orland Park, IL 60467 | Claim 000006A, Payment 101.37944% | | | 31,140.56 | 113,534.36 |
| | | | Claim     30,716.84 | 7100-000 | | | |
| | | | Interest      423.72 | 7990-000 | | | |
| 02/20/14 | 001010 | Wells Fargo Bank,N.A.<br>BDD Bankruptcy Dept,<br>MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003 | Claim 000007A, Payment 101.37944% | | | 22,833.58 | 90,700.78 |
| | | | Claim     22,522.89 | 7100-000 | | | |
| | | | Interest      310.69 | 7990-000 | | | |
| 02/20/14 | 001011 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008A, Payment 101.37945% | | | 33,062.05 | 57,638.73 |
| | | | Claim     32,612.18 | 7100-000 | | | |
| | | | Interest      449.87 | 7990-000 | | | |
| 02/20/14 | 001012 | Citibank, N.A. | Claim 000009A, Payment 101.37945% | | | 30,004.87 | 27,633.86 |

Page Subtotals       0.00       141,748.73

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case 10-22515   Doc 82   Filed 05/22/14   Entered 05/22/14 15:02:41   Desc Main
Document      Page 11 of 12

| Case No: | 10-22515 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KURUVILLA, SAJI K. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0200  Checking Account |
| Taxpayer ID No: | *******8758 | | | |
| For Period Ending: | 05/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 East 60th Street North<br>Sioux Falls, SD 57117 | Claim         29,596.60<br>Interest           408.27 | 7100-000<br>7990-000 | | | |
| 02/20/14 | 001013 | Fia Card Services, NA As Successor In Interest to Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Claim 000010A, Payment 101.37948% | | | 10,884.03 | 16,749.83 |
| | | | Claim         10,735.93<br>Interest           148.10 | 7100-000<br>7990-000 | | | |
| 02/20/14 | 001014 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, Pa 19355-0701 | Claim 000011A, Payment 101.37927% | | | 1,944.86 | 14,804.97 |
| | | | Claim          1,918.40<br>Interest            26.46 | 7100-000<br>7990-000 | | | |
| 02/20/14 | 001015 | SAJI K. KURUVILLA<br>16525 W 159TH STREET<br>SUITE 164<br>LOCKPORT, IL  60441 | Surplus Funds | 8200-002 | | 14,804.97 | 0.00 |

Page Subtotals    0.00    27,633.86

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-22515 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | KURUVILLA, SAJI K. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0200  Checking Account |
| Taxpayer ID No: | *******8758 | | | |
| For Period Ending: | 05/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 350,000.00 | 350,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 350,000.00 | 350,000.00 | |
| | | | Less: Payments to Debtors | | | 29,804.97 | |
| | | | Net | | 350,000.00 | 320,195.03 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******0200 | | 350,000.00 | 320,195.03 | 0.00 |
| | | | | | ----------------- | ----------------- | ----------------- |
| | | | | | 350,000.00 | 320,195.03 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*